IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

MATTHEW DIFLORIO,

Defendant.

15-CR-6131 EAW

**INFORMATION**

**Violation:**
18 U.S.C. § 2422(b)

## COUNT 1
### (Coercion and Enticement of a Minor)

**The United States Attorney Charges That:**

Between in or about December 2014 and on or about June 23, 2015, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, **MATTHEW DIFLORIO**, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce, and attempt to persuade, induce, entice and coerce, an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

## FORFEITURE ALLEGATION

**The United States Attorney Alleges That:**

Upon conviction of the offense alleged in Count 1 of this Information, the defendant, **MATTHEW DIFLORIO**, shall forfeit to the United States any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to the following:

a. A Samsung Galaxy S6 Model SM-G 920VZKA with IMEI number 990004863477828.

**All pursuant to Title 18, United States Code, Section 2428.**

DATED: Rochester, New York, October 14, 2015

WILLIAM J. HOCHUL, JR.
United States Attorney

BY: *(signature)*
TIFFANY H. LEE
Assistant United States Attorney
United States Attorney's Office
100 State Street
500 Federal Building
Rochester, New York 14614
585/263-6760
Tiffany.Lee@usdoj.gov