IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                                               15-CR-6131 EAW

MATTHEW DIFLORIO,

        Defendant.

_____

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

It is requested that the Court order that all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

Restitution for the full amount of the victims' compensable losses as determined by the Court must be ordered by the Court.

The defendant understands that, unless the defendant is indigent, for violations under Title 18 United States Code, Section 2422(b) committed on or after May 29, 2015, the Court must impose a special assessment of $5,000 for each offense of conviction pursuant to Title 18, United States Code, Section 3014.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

>  Asset Forfeiture/Financial Litigation Unit
>  U.S. Attorney's Office--WDNY
>  138 Delaware Avenue
>  Buffalo, New York  14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

DATED:    Rochester, New York, December 28, 2015

>  Respectfully submitted,
>
>  WILLIAM J. HOCHUL, JR.
>  United States Attorney

BY:    s/TIFFANY H. LEE
>  Assistant United States Attorney
>  United States Attorney's Office
>  Western District of New York
>  100 State Street, Suite 500
>  Rochester, New York  14614
>  585/263-6760
>  Tiffany.Lee@usdoj.gov

TO:   Jeffrey Ciccone, Esq.
      Jacquelyn Zornow, U.S.P.O.