# EXHIBIT A

Honorable Judge Wolford,

    I am deeply troubled by my lack of self control and integrity concerning the underage person I am being charged with enticing. I have never viewed myself as an individual that could make a decision like that. This has caused me to completely re-evaluate my values and morality. I've expended a great deal of energy to conduct myself as a man with integrity. I've held a job since 18. I try to always be honest and good to others. I have never commited any crime before this matter and I am greatly ashamed of the harm I've caused to my victim, her family, myself, my family and my character.

    At first I rationalized my mistake by the fact I believed her to be older. But I know I must take responsibility as the adult. Children often are inclined to want to be accepted in a fast moving world by claiming they are older. I myself have done this before. I know now- it was my

duty to make sure of her age before I commited to be with her in any way.

I am deeply sorrowful for my actions and am overcome with remorse and shame. I can truely say I stand humbled in the face of my penalty and only wish to grow mentally and spiritually so I will make better decisions in the future.